IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY A. WILSON,

    Plaintiff,

v.                                            CASE NO.: 4:08cv361-SPM/WCS

MICHELE A GAVAGNI,
in official capacity as Executive
Director of the Florida Board of
Bar Examiners, and
GLENN BASSETT, in personal capacity,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation (doc. 41) dated January 13, 2009. Plaintiff has filed objections (doc. 43), and various other requests and responses (docs. 46-48, 53, and 56) which the Court has considered.

I have determined that the report and recommendation should be adopted. Plaintiff's claims are inextricably intertwined with the Florida Supreme Court's decision to deny Plaintiff admission to the bar. Plaintiff had a reasonable opportunity to raise his claims in the bar proceedings, either through an answer to the Bar Examiners' specification or through a petition filed with the Florida

Supreme Court. Dale v. Moore, 121 F.3d 624, 627 (11th Cir. 1997). Plaintiff's claims are therefore barred from consideration under the Rooker-Feldman doctrine. Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 41) is ADOPTED and incorporated by reference in this order.

2. The motions to dismiss (docs. 21 and 29) are granted.

3. This case is dismissed on Rooker-Feldman grounds.

4. Plaintiff's Motion to Appoint Counsel (doc. 48) and Defendant Glen Bassett's Amended Motion to Dismiss as Frivolous (doc. 50) are denied as moot.

DONE AND ORDERED this 21st day of September, 2009.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge